FILED
CLERK, U.S DISTRICT COURT
OCT 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Samuel L. Caldwell
FULL NAME

Samuel L. Caldwell
COMMITTED NAME (if different)

P.O. Box 4400 A"2 202 Low
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Wasco, Ca. 93280

AK-6440
PRISON NUMBER (if applicable)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Samuel L. Caldwell
PLAINTIFF,

v.

Torrance L. Porch, Herman Stamply Detective and Officer Arias Jackson
DEFENDANT(S).

CASE NUMBER CV-12 3129
To be supplied by the Clerk

SECOND amended Complaint

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? __2__

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

On Oct, 31st 2010, July 7th 2011, and uncertain dates in between, Plaintiff Recieved several, threating "text" messages, from Officer Porch. Those threats stated that he would, use His Police powers to (Place) a terrorist threat charge against a citizen on behalf of his (domistic) sister. Note: His sister never filed any charges against Plaintiff Period. On July 8, 2011 Plaintiff "Feared" that based on Plaintiff's criminal record, and Officer Porch's Knowledge of that record, he should take steps to protect himself and filed a complain Mr. Porch was my Brother n Law He has worked as a Compton Peace ofcr for 5 years, he has known Plaintiff for 10 yrs. So based on (Fear) I filed a citizen's complaint. I then took things to court, on 7-12-11 I filed for a protective order that was Granted and served on Mr. Porch on 7-19-11 by Sheriff deputies. A Hearing was set for 8-2-11 all parties appeared. Plaintiff permanate request was denied.
Shortly thereafter on 9-15-11 Plaintiff went to Compton's station after speaking with Investigator Stamply on 9-14-11 and was untimely arrested by an outside department (Hawthorne P.D.) whom abducted Plaintiff after an Illegal search of Plaintiff and Plaintiff Property. Taking me to Hawthorne station were I was booked for (Bogus) charges of terrorist threats on Mr. Porch as indicated by Mr. Porch's threat! I.E. His threats dated 10-31-10

a. Parties to this previous lawsuit:
   Plaintiff __Samuel L. Caldwell__

   Defendants __Torrance L. Porch, Herman L. Stamply, Compton School Police Dept. Detective Arias and Officer Jackson, Hawthorne Police Dept.__

b. Court __U.S. District Court Central District 312 N. Spring Str. L.A. C.A. 90012 RM-6-8__

c. Docket or case number __CV-12 3129__

d. Name of judge to whom case was assigned __Suzanne H. Segal__

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __dismissed with leave to amend__

f. Issues raised: __Stating a claim, the entities be omitted comply with Rule (8) of F.R.C.P__

g. Approximate date of filing lawsuit: __N/A__

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Samuel L. Caldwell Sr.__
(print plaintiff's name)

who presently resides at __P.O. Box 4400 A-2 202L Wasco, State Prison 93280__
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __500 S. Santa Fe Compton Ca. 90220 Compton Police Headquarters__
(institution/city where violation occurred)

on (date or dates) <u>OCT, 31ST 2010 JULY 7TH 2011</u>, <u>SEPT 14, 2011</u>, <u>SEPT 15TH 2011</u>
    (Claim I)                    (Claim II)         (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>TORRANCE L. PORCH</u> resides or works at
   (full name of first defendant)
   <u>500 S. SANTA FE COMPTON CA. 90220</u>
   (full address of first defendant)
   <u>COMPTON SCHOOL POLICE OFFICER</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law: <u>USED ANTI-SOCIAL BEHAVIOR TO THREATEN, HARASS, OPPRESS, SLANDER, DEFAME A CITIZEN FOR SUBMISSION OF A PETITION FOR RESTRAINING ORDER AND CITIZEN'S COMPLAINT</u>

2. Defendant <u>HERMAN L. STAMPLY</u> resides or works at
   (full name of first defendant)
   <u>500 S. SANTA FE COMPTON CA. 90220</u>
   (full address of first defendant)
   <u>INVESTIGATING OFFICER FOR COMPTON POLICE.</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law: <u>AFTER ATTENDING A HEARING BASED ON FEAR! INVESTIGATOR STAMPLY FAILED TO CONDUCT ANY FORMAL INTERVIEW WITH THE VICTIM IN A CITIZEN'S COMPLAINT, AIDING A FELLOW OFFICER IN A UNLAWFUL ACT, TO DEPRIVE PLAINTIFF DUE PROCESS, OF LAW;</u>

3. Defendant <u>DETECTIVE ARIAS</u> resides or works at
   (full name of first defendant)
   <u>12501 HAWTHORN BLVD. HAWTHORN CA. 90250</u>
   (full address of first defendant)
   <u>DETECTIVE FOR HAWTHORNE POLICE DEPT.</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law: <u>OFFICER USED UNLAWFUL ENFORCEMENT OF LAW. MAKING A WARRANTLESS ARREST, OUTSIDE HIS JURISDICTION. ILLEGAL SEARCH OF PLAINTIFF AND PLAINTIFF'S PROPERTY AND FALSE CONFINEMENT.</u>

4. Defendant **Officer Jackson** resides or works at
   (full name of first defendant)
   **12501 Hawthorn Blvd, Hawthorne Ca, 90250**
   (full address of first defendant)
   **Police Officer**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law: **Officer deliberately aided and assisted fellow officer in a unlawful act, by acting as a transporting officer to a warrantless arrest and illegal search and seizure**

5. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Each officer acted Individually under color of authority, with a malicious Intent to cause harm to a citizen in Pursuit of Justice. (1) Officer: T. Porch showed deliberate Indifference when He took the law in His own Hands, to prevent a citizen from filing a Complaint. He also broke the law by sending threat to harm a citizen Physically and by use of His Police Powers. Violation of Plaintiff's 5th, 6th, 8th, 14 amendment Rights. He also violated Penal code 118.6 with (Bogus) allegation Resulting in Plaintiff's arrest on 9-15-11. (2) Herman L. Stamply attended a Hearing Based on Fear!!! Yet He failed to allow Plaintiff to exercise His Right to a Complaint. He never conducted any formal Interview with the victim in a citizen's complaint depriving Plaintiff (due Process) violating Plaintiff 5th, 6th, amendment Right. He also violated Penal code 118.6 by allegetly sending a letter stating that He did. (3) Detective arias and Jackson Knowingly carried out Mr. Porch's Threat by conducting a warrantless arrest based solely on a Police Report Illegal Search & Seizure violating Plaintiff's 4th, 5th, 6th, 8th, 14th, amendment Rights

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

as to Claim (1) Mr. Porch made direct threats to place Bogus charges of "Terrorist Threat's" on Plaintiff prior to Plaintiff being arrested on 9-15-11. His threats came in 2010, and continued into 2011 causing Plaintiff to act, Plaintiff filed a complaint with His (SGT) T. Wilson and filed for a Restraining order. Mr. Porch's Threats came (via) His cell Phone, Plaintiff still Has custody of them!

Claim (2) Officer Stamply was assigned to Investagate Mr. Porch's conduct. He never did! It is Mr. Stamply whom advised His fellow officer (Porch) of the action that was Being Pursued. and advised Him of my coming to Compton to follow "up on the Investagation. on 9-15-11. as to Claim (3) Det arias and Jackson on 9-15-11 Based solely on a alledged Police Report made alledelly by a Peace officer, I was arrested on location at Compton Police dept. by fellow Police officers (Hawthorne) Police, whom had no warrant no Knowledge! of Plaintiff whereabouts. No NCIG warrant in "clets" "Det" arias and Jackson acted Illegally and Improper use of force! Violating Plaintiff's 4th, 5th, 6th, 8th, 14th amendment Right and false confinement.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Punitive damage in the sum of $750,000.00 for violating a constitutional right of a citizen under color of authority and malicious acts under color of authority

Declaratory Relief: For "Equal Protection" against the Individual named defendants and their counter-parts. Regarding the above civil action Samuel L. Caldwell vs. Torrance L. Porch et. al.

Injunctive Relief to Remove (officer Porch) from duty as a officer, due to deliberate defamation of character, Mr. Porch has placed charges on my criminal history report via (CLETS) charges that cannot be removed. Which has caused Plaintiff harm I also request officer Stamply Repermanded as well as Hawthorn officers Detective Arias and Jackson. Repermaned

OCT, 15TH 2012
(Date)

(Signature of Plaintiff)

I, Samuel L. Caldwell DECLARE UNDER PENALTY THAT I AM THE Plaintiff IN THE ABOVE ENTITLED ACTION. I AM SENDING THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEROF, TO BE TRUE EXCEPT AS TO MATTERS STATED THERIN UPON INFORMATION AND AS TO THOSE MATTERS I BELIEVE THAT THEY ARE TRUE.

EXECUTED THIS 15TH DAY OF OCTOBER, 2012, AT WASCO STATE PRISON, WASCO, CALIFORNIA, 93280.

SIGNATURE OF DECLARANT/PRISONER

---

## PROOF OF SERVICE BY MAIL

(C. C. P. section 1013 (a) 2015.5; 2U. S. C. A. section 1746)

I, Samuel L. Caldwell AM A RESIDENT OF WASCO STATE PRISON, STATE OF CALIFORNIA; I AM OVER EIGHTEEN (18) YEARS AND AM/ARE THE DEFENDANT IN THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. Box 4400 A-2 202L WASCO, CALIFORNIA, 93280.

EXECUTED THIS 15TH DAY OF OCTOBER, 2012, I SERVED THE FOREGOING:

(1) Letter of Errata (2) Second amended complaint
(SET FORTH EXACT TITLE OF DOCUMENT SERVED)

ON THE PARTIES HEREIN BY PLACING A TRUE COPY(S) THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEROF FULLY PAID, IN THE UNITED STATES MAIL. IN A DEPOSIT BOX AT WASCO STATE PRISON, WASCO, CALIFORNIA, 93280 OR WAS PICKED UP BY CORRECTIONS IN CHARGE OF PICKING UP MAIL ADDRESSED AS FOLLOWS.

United States district court
312 N. Spring Str, Rm. G-8
Los Angeles, Ca. 90012

THERE IS MAIL SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE SO ADDRESSED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE.

DATED: OCT 15TH 2012

SIGNATURE OF DECLARANT/PRISONER