**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL L. CALDWELL,<br><br>           Plaintiff,<br><br>     v.<br><br>TORRANCE L. PORCH, et al.,<br><br>           Defendants. | Case No. CV 12-3129 JLS (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS, AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's "Revised" Second Amended Complaint, the Motion for Summary Judgment by Defendant Herman Stampley, the Motion for Summary Judgment by Defendants Vincent Arias and Bradley Jackson, Plaintiff's Oppositions to the respective Motions for Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been received. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

\\

\\

Consistent with the Report and Recommendation, IT IS ORDERED that:

    (1) Stampley's Motion for Summary Judgment is GRANTED;

    (2 Arias's and Jackson's Motion for Summary Judgment is GRANTED;

    (3) Judgment shall be entered in favor of all Defendants, including non-moving Defendant Torrance L. Porch, the fourth member of the alleged conspiracy at issue in this case, and this action shall be DISMISSED WITH PREJUDICE.

The Clerk of the Court shall serve copies of this Order and the Judgment on Plaintiff and Porch at their respective addresses of record and on counsel for the remaining Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 13, 2014

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE