**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL L. CALDWELL,<br><br>          Plaintiff,<br><br>     v.<br><br>TORRANCE L. PORCH, et al.,<br><br>          Defendants. | Case No. CV 12-3129 JLS (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 13, 2014

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE